THE STATE EX REL. PECK, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLANT, ET AL.

[Cite as *State ex rel. Peck v. Indus. Comm.* (2000), 88 Ohio St.3d 228.]

(No. 99-1024—Submitted February 8, 2000—Decided March 22, 2000.)

*Philip J. Fulton & Associates* and *William A. Thorman III*, for appellee.

*Betty D. Montgomery*, Attorney General, and *Thomas W. Atzberger*, Assistant Attorney General, for appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.